UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

MIGUEL RUEDA, JR. ,

Plaintiff,

-against-

THE CITY OF NEW YORK, a
municipal entity, NEW YORK
CITY POLICE BURGOS, Officer, individually and in their
official capacities, NEW YORK
CITY POLICE JOHN DOES, Officers, individually and in
their official capacities,

Defendants.

-------------------------------------------------------------------- x

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

07 CV 3788 (NRB)

U.. DC SDNY
D.CUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|13|07

        **WHEREAS,** plaintiff Miguel Rueda commenced this action by filing a complaint

on or about May 15, 2007 alleging violations of certain of his federal and state rights; and

        **WHEREAS,** defendant has denied any and all liability arising out of plaintiff's

allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation,

without further proceedings and without admitting any fault or liability; and

        **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms

set forth below:

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by

and between the undersigned, as follows:

        1.    The above-referenced action is hereby dismissed with prejudice, and

                without costs, expenses, or fees except as provided for in paragraph "2"

                below.

2       The City of New York hereby agrees to pay plaintiff the sum of TWENTY
        THOUSAND DOLLARS ($20,000) in full satisfaction of all claims,
        including claims for costs, expenses and attorney's fees.  In consideration
        for the payment of this sum, plaintiff agrees to the dismissal of all claims
        against the City of New York and all individually named defendants, and
        to release all defendants and any present or former employees or agents of
        the City of New York from any and all liability, claims, or rights of action
        that have or could have been alleged by plaintiff in this action arising out
        of the events alleged in the complaint in this action, including claims for
        costs, expenses and attorney's fees.

3.      Plaintiff shall execute and deliver to defendant City of New York's
        attorney all documents necessary to effect this settlement, including,
        without limitation, a General Release and an Affidavit of No Liens based
        on the terms of paragraph 2 above.

4.      Nothing contained herein shall be deemed to be an admission by any of
        the defendant that it has in any manner or way violated plaintiff's rights,
        or the rights of any other person or entity, as defined in the constitutions,
        statutes, ordinances, rules or regulations of the United States, the State of
        New York, or the City of New York or any other rules, regulations or
        bylaws of any department or subdivision of the City of New York.  This
        stipulation shall not be admissible in, nor is it related to, any other
        litigation or settlement negotiations.

2

5.    Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6.    This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
      August 7, 2007

LAW OFFICE OF JAMES I. MEYERSON
James I. Meyerson, Esq.
396 Broadway, Ste. 601
New York, New York 10013
212-226-3310

By: _James I. Meyerson_
JAMES I. MEYERSON, ESQ (JM4304)

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
Attorney for Defendants
100 Church Street, Room 3-221
New York, New York 10007
(212) 442-8690

By: _Sabrina Tann_
      SABRINA TANN (ST 2552)
      Assistant Corporation Counsel

SO ORDERED:

_United States District Judge_
United States District Judge
      8/13/07

3